UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20353-CIV-GAYLES/TURNOFF

JOSE AGUIRRE,

    Plaintiff,
vs.

DRAFTKINGS, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court *sua sponte*. On April 22, 2015, the Court entered an Order to Show Cause requiring Plaintiff to perfect service on Defendant or show cause why this action should not be dismissed for failure to perfect service of process. The Court also notified Plaintiff that failure to comply with the Order to Show Cause would result in a dismissal without prejudice. Plaintiff has failed to comply with the Order, has not sought an extension of time within which to do so, and has not advised that a dismissal as to this case will result in a statute of limitations bar to re-filing. Accordingly, it is

**ORDERED AND ADJUDGED** that this action is dismissed without prejudice. The Clerk is instructed to mark this case closed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of April, 2015.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE