# U.S. District Court
# Southern District of Florida (Miami)
# CIVIL DOCKET FOR CASE #: 1:15−cv−20353−DPG

Aguirre v. DraftKings, Inc.  
Assigned to: Judge Darrin P. Gayles  
Cause: 28:1332 Diversity−Fraud

Date Filed: 01/29/2015  
Date Terminated: 09/29/2015  
Jury Demand: Plaintiff  
Nature of Suit: 370 Other Fraud  
Jurisdiction: Diversity

**Plaintiff**

**Jose Aguirre**  
*on behalf of a putative class*

represented by **Christopher Gerard Lyons**  
Mase Lara, PA  
2601 South Bayshore Drive  
Suite 800  
Miami, FL 33133  
305−377−3770  
Fax: 305−377−0080  
Email: clyons@maselara.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Mason Kyle Kerns**  
Mase Lara, P.A.  
2601 South Bayshore Drive  
Suite 800  
Miami, FL 33133  
305.377.3770  
Fax: 305.377.0080  
Email: mkerns@maselara.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Richard David Lara**  
Mase Lara, P.A.  
2601 South Bayshore Drive  
Suite 800  
Miami, FL 33133  
305−377−3770  
Fax: 305−377−0080  
Email: rlara@maselara.com  
*ATTORNEY TO BE NOTICED*

**Jerrod Mackenzie Paul**  
3178 New York Street  
Miami, FL 33133  
305−619−9747  
Email: jerrod.paul@gmail.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **DraftKings, Inc.** | represented by | **Austin Schwing** |
| | | Gibson Dunn &Crutcher, LLP |
| | | 555 Mission Street |
| | | Suite 3000 |
| | | San Francisco, CA 94105 |
| | | 415−393−8200 |
| | | Email: aschwing@gibsondunn.com |
| | | *LEAD ATTORNEY* |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **James Fogelman** |
| | | Gibson Dunn &Drutcher, LLP |
| | | 333 South Grand Avenue |
| | | Suite 5400 |
| | | Los Angeles, CA 90071 |
| | | 213−229−7000 |
| | | Email: Jfogelman@gibsondunn.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Timothy W. Loose** |
| | | Gibson Dunn &Crutcher, LLP |
| | | 333 South Grand Avenue |
| | | Suite 5400 |
| | | Los Angeles, CA 90071 |
| | | 213−229−7000 |
| | | Email: tloose@gibsondunn.com |
| | | *LEAD ATTORNEY* |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Jorge Alejandro Mestre** |
| | | Rivero Mestre LLP |
| | | 2525 Ponce de Leon Blvd. |
| | | Suite 1000 |
| | | Miami, FL 33134 |
| | | 305−445−2500 |
| | | Fax: 305−445−2505 |
| | | Email: jmestre@riveromestre.com |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/29/2015 | Ï 1 | COMPLAINT against DraftKings, Inc.. Filing fees $ 400.00 receipt number 113C−7431587, filed by Jose Aguirre. (Attachments: # 1 Civil Cover Sheet, # 2 Summon(s))(Paul, Jerrod) (Entered: 01/29/2015) |
| 01/29/2015 | Ï 2 | Judge Assignment to Judge Darrin P. Gayles. Consent Form attached. (vjk) (Entered: 01/30/2015) |
| 01/30/2015 | Ï 3 | Summons Issued as to DraftKings, Inc. (vjk) (Entered: 01/30/2015) |

| | | |
|---|---|---|
| 01/30/2015 | Ï 4 | MOTION to Appear Pro Hac Vice Pending Formal Admission, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings for Mason Kerns. Filing Fee $ 75.00. Receipt # 94033. (ksa) (Entered: 02/02/2015) |
| 02/02/2015 | Ï 5 | ENDORSED ORDER granting 4 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Mason Kerns is permitted to appear before this Court on behalf of Jose Aguirre, as Representative of a Putative Class, for all purposes relating to this action. The Clerk is directed to provide notice of electronic filings to Mr. Kerns at masonkernslaw@gmail.com. Signed by Judge Darrin P. Gayles on 2/2/2015. (hs01) (Entered: 02/02/2015) |
| 03/04/2015 | Ï 6 | NOTICE of Attorney Appearance by Mason Kyle Kerns on behalf of Jose Aguirre (Kerns, Mason) (Entered: 03/04/2015) |
| 04/22/2015 | Ï 7 | Endorsed Order to Show Cause Regarding Service. THIS CAUSE came before the Court upon a sua sponte examination of the record. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon defendants within 120 days after the filing of the complaint. Plaintiff filed this action on January 29, 2015, and, to date, there is no indication in the court file that Defendant has been served with the summons and Complaint. It is therefore ORDERED AND ADJUDGED that within seven (7) days of this Order, Plaintiff shall perfect service upon the Defendant or show cause why this action should not be dismissed for failure to perfect service of process. Failure to comply with this Order will result in a dismissal without prejudice and without further notice. Signed by Judge Darrin P. Gayles on 4/22/2015. (hs01) (Entered: 04/22/2015) |
| 04/30/2015 | Ï 8 | ORDER DISMISSING CASE Closing Case. Signed by Judge Darrin P. Gayles on 4/30/2015. (hs01)<br><br>**NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been designated to be permanently sealed. See Local Rule 5.4 and Administrative Order 2014−69.** (Entered: 04/30/2015) |
| 05/02/2015 | Ï 9 | Unopposed MOTION to Reinstate Case by Jose Aguirre. (Attachments: # 1 Exhibit 1 – Notice of Filing of ECF No. 6, # 2 Exhibit 2 – Service Waiver Request, # 3 Exhibit 3 – Notice of Filing of ECF No. 7, # 4 Exhibit 4 – Notice of Filing of ECF No. 8, # 5 Exhibit 5 – Letter from Rivero Mestre LLP)(Kerns, Mason). Added MOTION to Relieve Plaintiff From Order of Dismissal 8 ORDER DISMISSING CASE on 5/4/2015 (yar). (Entered: 05/02/2015) |
| 05/04/2015 | Ï 10 | Clerks Notice to Filer re 9 Unopposed MOTION to Reopen Case . **Motion with Multiple Reliefs Filed as One Relief**; ERROR – The Filer selected only one relief event and failed to select the additional corresponding events for each relief requested in the motion. The docket entry was corrected by the Clerk. It is not necessary to refile this document but future filings must comply with the instructions in the CM/ECF Attorney User's Manual. (yar) (Entered: 05/04/2015) |
| 05/06/2015 | Ï 11 | ENDORSED ORDER granting 9 Motion to Reopen Case; granting 9 Motion for Reconsideration. Signed by Judge Darrin P. Gayles on 5/6/2015. (hs01) (Entered: 05/06/2015) |
| 05/06/2015 | Ï 12 | STRICKEN PER DE 14 – WAIVER OF SERVICE Returned Executed by Jose Aguirre. DraftKings, Inc. waiver sent on 2/20/2015, answer due 4/21/2015. (Kerns, Mason) Modified to reflect stricken on 5/7/2015 (yar). (Entered: 05/06/2015) |
| 05/06/2015 | Ï 13 | WAIVER OF SERVICE Returned Executed by Jose Aguirre. DraftKings, Inc. waiver sent on 4/30/2015, answer due 6/29/2015. (Kerns, Mason) (Entered: 05/06/2015) |
| 05/07/2015 | Ï 14 | NOTICE of Striking 12 Waiver of Service Executed filed by Jose Aguirre by Jose Aguirre (Kerns, Mason) (Entered: 05/07/2015) |

| | | |
|---|---|---|
| 06/02/2015 | 15 | Defendant's MOTION and Memorandum of Law in Support of Motion to Compel *Arbitration* and Dismiss Proceedings by DraftKings, Inc.. Attorney Jorge Alejandro Mestre added to party DraftKings, Inc.(pty:dft). Responses due by 6/19/2015 (Attachments: # 1 Exhibit Declaration of Kadian Blanson, # 2 Exhibit Declaration of Tim Dent)(Mestre, Jorge) Modified text on 6/4/2015 (yar). (Entered: 06/02/2015) |
| 06/02/2015 | 16 | Defendant's MOTION to Dismiss 1 Complaint by DraftKings, Inc.. Responses due by 6/19/2015 (Attachments: # 1 Exhibit Request for Judicial Notice)(Mestre, Jorge) (Entered: 06/02/2015) |
| 06/08/2015 | 17 | Corporate Disclosure Statement by DraftKings, Inc. (Mestre, Jorge) (Entered: 06/08/2015) |
| 06/11/2015 | 18 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Timothy W. Loose. Filing Fee $ 75.00. Receipt # 102389. (ksa) (Entered: 06/12/2015) |
| 06/11/2015 | 19 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for James P. Fogelman. Filing Fee $ 75.00. Receipt # 102392. (ksa) (Entered: 06/12/2015) |
| 06/11/2015 | 20 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Austin Schwing. Filing Fee $ 75.00. Receipt # 102388. (ksa) (Entered: 06/12/2015) |
| 06/15/2015 | 21 | ENDORSED ORDER granting 18 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Timothy W. Loose is permitted to appear before this Court on behalf of Draftkings, Inc. for all purposes related to this action. The Clerk is directed to provide notice of electronic filings to Mr. Loose at tloose@gibsondunn.com. Signed by Judge Darrin P. Gayles on 6/15/2015. (hs01) (Entered: 06/15/2015) |
| 06/15/2015 | 22 | ENDORSED ORDER granting 19 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. James P. Fogelman is permitted to appear before this Court on behalf of Draftkings, Inc. for all purposes related to this action. The Clerk is directed to provide notice of electronic filings to Mr. Fogelman at jfogelman@gibsondunn.com. Signed by Judge Darrin P. Gayles on 6/15/2015. (hs01) (Entered: 06/15/2015) |
| 06/15/2015 | 23 | ENDORSED ORDER granting 20 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Austin Schwing is permitted to appear before this Court on behalf of Draftkings, Inc. for all purposes related to this action. The Clerk is directed to provide notice of electronic filings to Mr. Schwing at aschwing@gibsondunn.com. Signed by Judge Darrin P. Gayles on 6/15/2015. (hs01) (Entered: 06/15/2015) |
| 06/16/2015 | 24 | ENDORSED ORDER Setting Status Conference: Status Conference Re: Scheduling/Deadlines/Procedural Matters set for 8/5/2015 09:30 AM before Judge Darrin P. Gayles. The parties shall prepare and file a joint scheduling report, as required by Local Rule 16.1, by Friday, July 31, 2015. On or before Friday, July 31, 2015, the parties, including governmental parties, shall file Certificates of Interested Parties and Corporate Disclosure Statements that contain a complete list of persons, associated persons, firms, partnerships, and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Failure to comply with this Order shall be grounds for dismissal. Signed by Judge Darrin P. Gayles on 6/16/2015. (hs01) (Entered: 06/16/2015) |
| 06/16/2015 | 25 | Plaintiff's MOTION to Amend/Correct *Attorney Jerrod M. Paul's Email Designation* by Jose Aguirre. Responses due by 7/6/2015 (Attachments: # 1 Designation of Email Address)(Kerns, Mason) (Entered: 06/16/2015) |

| | | |
|---|---|---|
| 06/17/2015 | 26 | ENDORSED ORDER denying 25 Motion to Amend/Correct. Counsel is responsible for updating his email address within CM/ECF. If counsel is having trouble with updating his information, he may contact the help desk at 888–318–2260. Signed by Judge Darrin P. Gayles on 6/17/2015. (hs01) (Entered: 06/17/2015) |
| 06/17/2015 | 27 | MOTION to Amend/Correct *Email Designation* by Jose Aguirre. Responses due by 7/6/2015 (Attachments: # 1 Designation Amended Designation of Email)(Paul, Jerrod) (Entered: 06/17/2015) |
| 06/17/2015 | 28 | ENDORSED ORDER denying as moot 27 Motion to Amend/Correct. See ECF No. 26. Signed by Judge Darrin P. Gayles on 6/17/2015. (hs01) (Entered: 06/17/2015) |
| 06/17/2015 | 29 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 16 Defendant's MOTION to Dismiss 1 Complaint by Jose Aguirre. (Attachments: # 1 Text of Proposed Order On Plaintiff's Unopposed Motion for Extension of Time)(Kerns, Mason) (Entered: 06/17/2015) |
| 06/17/2015 | 30 | ENDORSED ORDER granting 29 Motion for Extension of Time to File Response to Motion to Dismiss. Responses due by 6/29/2015. Signed by Judge Darrin P. Gayles on 6/17/2015. (hs01) (Entered: 06/17/2015) |
| 06/19/2015 | 31 | NOTICE of Attorney Appearance by Christopher Gerard Lyons on behalf of Jose Aguirre. Attorney Christopher Gerard Lyons added to party Jose Aguirre(pty:pla). (Lyons, Christopher) (Entered: 06/19/2015) |
| 06/19/2015 | 32 | NOTICE of Attorney Appearance by Richard David Lara on behalf of Jose Aguirre. Attorney Richard David Lara added to party Jose Aguirre(pty:pla). (Lara, Richard) (Entered: 06/19/2015) |
| 06/19/2015 | 33 | RESPONSE in Opposition re 15 Defendant's MOTION to Compel *Arbitration* filed by Jose Aguirre. Replies due by 6/29/2015. (Attachments: # 1 Exhibit A: Terms of Use)(Kerns, Mason) (Entered: 06/19/2015) |
| 06/26/2015 | 34 | Joint MOTION Requesting Ruling on Motion to Compel Arbitration Prior to Briefing of Motion to Dismiss, and For Tolling of Time re 15 Defendant's MOTION to Compel *Arbitration* , 16 Defendant's MOTION to Dismiss 1 Complaint , Joint MOTION for Extension of Time to File Response/Reply/Answer *to Motion to Dismiss* by Jose Aguirre. (Attachments: # 1 Text of Proposed Order)(Kerns, Mason) (Entered: 06/26/2015) |
| 06/29/2015 | 35 | ENDORSED ORDER granting 34 Motion for Extension of Time to File Response to Motion to Dismiss. Plaintiff shall respond to the Motion to Dismiss within seven (7) days of the Court's ruling on the Motion to Compel Arbitration. Signed by Judge Darrin P. Gayles on 6/29/2015. (hs01) (Entered: 06/29/2015) |
| 06/29/2015 | 36 | REPLY to Response to Motion re 15 Defendant's MOTION to Compel *Arbitration* filed by DraftKings, Inc.. (Mestre, Jorge) (Entered: 06/29/2015) |
| 06/30/2015 | 37 | Endorsed Order. All deadlines in the scheduling order are tolled until the Court rules on the Motion to Compel Arbitration. Signed by Judge Darrin P. Gayles on 6/30/2015. (hs01) (Entered: 06/30/2015) |
| 07/27/2015 | 38 | ENDORSED ORDER Resetting Status Conference: The parties shall prepare and file a joint scheduling report, as required by Local Rule 16.1, by Friday, August 14, 2015. On or before Friday, August 14, 2015, the parties, including governmental parties, shall file Certificates of Interested Parties and Corporate Disclosure Statements that contain a complete list of persons, associated persons, firms, partnerships, and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Failure to comply with this Order shall be |

| | | |
|---|---|---|
| | | grounds for dismissal.(Status Conference Re: Scheduling/Deadlines/Procedural Matters set for 8/19/2015 09:30 AM in Miami Division before Judge Darrin P. Gayles.) Signed by Judge Darrin P. Gayles on 7/27/2015. (alt) (Entered: 07/27/2015) |
| 08/05/2015 | 39 | Endorsed Order cancelling the August 19, 2015, status conference. The Court will reset the status conference, if necessary, after ruling on the Motion to Compel Arbitration. Signed by Judge Darrin P. Gayles on 8/5/2015. (hs01) (Entered: 08/05/2015) |
| 08/07/2015 | 40 | ENDORSED ORDER Setting Hearing on 15 Defendant's MOTION to Compel *Arbitration* : Motion Hearing set on 8/14/2015 at 9:30 AM before Judge Darrin P. Gayles. The hearing will be one hour or less. Signed by Judge Darrin P. Gayles on 8/7/2015. (hs01) (Entered: 08/07/2015) |
| 09/28/2015 | 41 | ENDORSED ORDER Setting Status Conference to discuss the forum selection clause in the Terms of Use. Telephonic Status Conference set for 9/29/2015 at 2:00 PM before Judge Darrin P. Gayles. The parties shall use the following dial in information: 888−273−3658; access code 7032614; security code 5170. Signed by Judge Darrin P. Gayles on 9/28/2015. (hs01) (Entered: 09/28/2015) |
| 09/29/2015 | 42 | SUPPLEMENT to 41 Order Setting Status Conference, *Supplemental Memorandum of Law Concerning Venue Issues Raised in Status Conference* by Jose Aguirre (Kerns, Mason) (Entered: 09/29/2015) |
| 09/29/2015 | 43 | ORDER Transferring Action to the United States District Court for the District of Massachusetts. Signed by Judge Darrin P. Gayles on 9/29/2015. (ls) (Entered: 09/30/2015) |
| 09/29/2015 | | Civil Case Terminated. Closing Case. (ls)<br><br>**NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been designated to be permanently sealed. See Local Rule 5.4 and Administrative Order 2014−69.** (Entered: 09/30/2015) |